No. 312. BOROUGH OF LITTLE FERRY *v.* BERGEN COUNTY SEWER AUTHORITY. Supreme Court of New Jersey. Certiorari denied. *Alfred W. Kiefer* for petitioner. *Walter H. Jones* for respondent.

No. 315. UNITED STATES *v.* ADAMS PACKING ASSOCIATION, INC. ET AL. C. A. 5th Cir. Certiorari denied. *Acting Solicitor General Stern* for the United States. *G. L. Reeves* for respondents.

No. 316. NABORS, DOING BUSINESS AS W. C. NABORS Co., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Martin Dies* and *L. J. Benckenstein* for petitioner. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner* and *Samuel M. Singer* for respondent.

No. 317. WHITTINGTON *v.* MOORE-MCCORMACK LINES, INC. C. A. 2d Cir. Certiorari denied. *Charles Andrews Ellis* for petitioner. *John P. Smith* and *Albert P. Thill* for respondent.

No. 319. ROBERTS DAIRY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Joseph J. O'Connell, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Lyon, Ellis N. Slack, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 323. BALDUFF ET AL. *v.* OHIO TURNPIKE COMMISSION ET AL. Supreme Court of Ohio. Certiorari denied. *Arthur M. Sebastian* for petitioners. *Henry J. Crawford,*

866

*Frank Harrison* and *John Lansdale, Jr.* for the Ohio Turnpike Commission, respondent.

No. 325.   WOOTON ET AL. *v.* McWILLIAMS, TRUSTEE IN BANKRUPTCY.   C. A. 5th, Cir.   Certiorari denied.   *Seymour Krieger* for petitioners.   *T. C. Hannah* and *M. M. Roberts* for respondent.

No. 326.   GLENN L. MARTIN NEBRASKA Co. *v.* CULKIN ET AL.   C. A. 8th Cir.   Certiorari denied.   *J. A. C. Kennedy* and *George L. DeLacy* for petitioner.   *E. K. McDermott* for respondents.

No. 327.   KINSTON TOBACCO BOARD OF TRADE, INC. ET AL. *v.* LIGGETT & MYERS TOBACCO Co. ET AL.   Supreme Court of North Carolina.   Certiorari denied.   *Jesse A. Jones* for petitioners.   *Bethuel M. Webster* and *Francis H. Horan* for the Liggett & Myers Tobacco Co.; *James Mullen, Walter E. Rogers* and *Albion Dunn* for the Kinston Tobacco Co., Inc.; *Horace G. Hitchcock* and *Victor S. Bryant* for American Suppliers, Inc.; and *William A. Lucas* for the Imperial Tobacco Co., Ltd., respondents.

No. 313.   DAVIDSON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *Clifton Hildebrand* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 328.   CENTRACCHIO *v.* GARRITY, U. S. ATTORNEY. C. A. 1st Cir.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.   *Bolling R. Powell, Jr.* for petitioner.   *Acting*